In the Matter of ELICK LOWITZ et al., Individually and as Copartners under the Firm Name of E. LOWITZ & Co., Appellants, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents. (2 Proceedings.)

Argued October 10, 1941; decided November 19, 1941.

*Benjamin M. Kaye* and *Arthur Kahr* for appellants.

*John J. Bennett, Jr., Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and RIPPEY, J.